In the Matter of DONNELL JEFFERSON, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [825 NYS2d 651]— Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered June 23, 2004. The order denied petitioner's application for permission to proceed as a poor person in a CPLR article 78 proceeding.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.

AMMON R. PERRY, Plaintiff, v EASTMAN KODAK COMPANY, Defendant, and NORTEL NETWORKS, INC., Respondent. EASTMAN KODAK COMPANY, Third-Party Plaintiff-Respondent, v AMBASSADOR COMMUNICATIONS, INC., Third-Party Defendant-Appellant. [825 NYS2d 402]—Appeal from an order of the Supreme Court, Monroe County (David D. Egan, J.), entered November 9, 2005. The order, among other things, denied the cross motion of third-party defendant for summary judgment dismissing the third-party complaint.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties and filed in the Monroe County Clerk's Office on December 7, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.